UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CARLA D HALL | CIV. ACTION NO. 3:21-02680 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LASALLE MANAGEMENT CO, LLC, ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 34] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 20], as supplemented, filed by Defendants LaSalle Management Company, L.L.C.; Sheriff Andy Brown; and Warden Tim Ducote is **GRANTED IN PART**, and that the following claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted:

1) Plaintiff's claims against LaSalle Management Company, L.L.C. under 42 U.S.C. § 1981 through § 1983;
2) Plaintiff's claims against Sheriff Andy Brown in his individual capacity; and
3) Plaintiff's claims against Warden Tim Ducote, in his official capacity; any Title VII claims asserted against him; and her retaliation claim under 42 U.S.C. § 1981 through § 1983.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that The Motion to Dismiss [Doc. No. 20], as supplemented, otherwise is **DENIED**.

Monroe, Louisiana, this 2nd day of August 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE